No. 94–1117. LOPEZ v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 94–1118. KNOX v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 94–1119. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. ET AL. v. QUACKENBUSH, CALIFORNIA INSURANCE COMMISSIONER, ET AL.; and
No. 94–1120. CENTURY-NATIONAL INSURANCE CO. ET AL. v. QUACKENBUSH, CALIFORNIA INSURANCE COMMISSIONER, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 94–1123. BELL ET AL v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 94–1125. MCGEE v. HOLMES COUNTY, MISSISSIPPI. C. A. 5th Cir. Certiorari denied.

No. 94–1126. ONE TIMES SQUARE ASSOCIATES LIMITED PARTNERSHIP v. BANQUE NATIONALE DE PARIS. C. A. 2d Cir. Certiorari denied.

No. 94–1129. BRAU v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–1130. TEAGUE ET AL. v. BAKKER ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–1132. CIAFFONI v. COWDEN. Super. Ct. Pa. Certiorari denied.

No. 94–1133. DUPUIS v. DON SNELL BUICK, INC. C. A. 5th Cir. Certiorari denied.

No. 94–1135. SOCHIA ET UX. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–1136. TONN v. FORSBERG ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–1138. TAYLOR v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 94–1141. BP PERFORMANCE POLYMERS, INC. v. ETHYL CORP. ET AL. C. A. 8th Cir. Certiorari denied.